**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1569**

_____

ROBERT BARNWELL CLARKSON,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT OF DEFENSE,

                                    Defendant - Appellee,

        and

UNITED STATES AIR FORCE, Special Operations Command,

                                    Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Solomon Blatt, Jr., Senior District
Judge.  (CA-97-1882-8-08BD)

_____

Submitted:  September 30, 1999      Decided:  October 5, 1999

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Barnwell Clarkson, Appellant Pro Se. Frances Cornelia Trapp,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Barnwell Clarkson appeals the district court's order granting Defendant's motion for summary judgment and denying Clarkson relief on his complaint filed under the Freedom of Information Act. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Clarkson v. Department of Defense</u>, No. CA-97-1882-8-08BD (D.S.C. Apr. 6, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on April 5, 1999, the district court's records show that it was entered on the docket sheet on April 6, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2